# CRIMINAL DOCKET — U.S. District Court

| PO ☐ | 113C | 0 | 3C22 | ☐ WRIT | VS. | CAT: HERNANDEZ, CRESENCIO | Mo. 9 | Day 17 | 86-6208-CR-1 |
|---|---|---|---|---|---|---|---|---|---|
| Misd. ☐ | | | Disp./Sentence | ☐ JUVENILE | | Closed | | | GONZALEZ |
| Felony ☒ | District | Off | Judge/Magistr. | ☐ ALIAS / OFFENSE ON INDEX CARD | | | No of Def's 3 | U.S. MAG. CASE | 86-4316-LSS |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:955c | While on board a vessel, did conspire to possess w/intent to distribute a quantity controlled substance. (COCAINE-II). Ct. 1 | 1 | | |
| 21:955a(a) & 18:2 | Possession w/intent to distribute a quantity controlled substance while aboard a vessel. (COCAINE-II). Ct. 2 | 1 | | |

SUPERSEDING COUNTS ☐ JURY ☐ N.J.

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 9/17/86 APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE _____ LATEST OF:
☐ 1st appears on pending charge /R40
☐ Receive file R20/21
☐ Supsdg: ☐ Ind ☐ Inf
☐ Order New trial

END INTERVAL TWO — KEY DATE _____ APPLICABLE
☐ Dismissal
☐ Pled guilty ☐ After N.G.
☐ Nolo ☐ After nolo
☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 1/13/87 | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ 9/8/86 | INITIAL/NO. LSS3CBC | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION ☐ REMOVAL HEARING — Date Scheduled ▶ 9/17/86 — Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| COMPLAINT ▶ | | 9/8/86 | LSS3CBC | ☒ INTERVENING INDICTMENT | 86-140 | |
| Date of Arrest 9/7/86 | OFFENSE (In Complaint) 21 U.S.C. Section 955a(a) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 In : Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

STEPHEN A. LECLAIR

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

COUNSEL: CJA 3/3/87
STUART ADELSTEIN, ESQ.
1704 N.W. 7th St. #100
Miami, Fla. 33125
(305)-642-9996

SEALED DOCUMENTS IN VAULT

### BAIL • RELEASE

**PRE INDICTMENT**
Release Date ____
☐ Bail Denied
AMOUNT SET ____
PRETRIAL DETENTION
Date Set 9/12/86
☐ Bail Not Made
Date Bond Made ____
☐ Fugitive ☐ Pers. Rec. ☐ PSA ☐ Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
Release Date ____
☐ Bail Denied
AMOUNT SET $ ____
Date Set ____
☐ Bail Not Made
Date Bond Made ____
☐ Fugitive ☐ Pers. Rec. ☐ PSA ☐ Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO | | V. PROCEEDINGS | | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|
| 1986 9/8/86 | a | COMPLAINT Filed. Signed by George Rakowsky, DEA and LSS. | | | mh | |
| 9/8/86 | b | ORDER AND ADVICE TO DEFENDANT AND COMMITMENT ORDER: (LSS-MAG-9/8/86) Deft. appeared for an Initial Appearance. Court Appointed Stuart Adelstein, Esq. as Counsel of record. Govt. moved for Pretrial Detention, Counsel for deft. requested five days. Pretrial Detention Hearing set for 9/12/86. | | | mh | |
| 9/12/86 | c | DETENTION ORDER: (LSS-MAG-9/15/86) Deft. is to be pretrial detained until further Order of Court. (See Origianl for Details). | | | mh | |
| 1986 Sept. 17 | 1 | INDICTMENT RETURNED AT FORT LAUDERDALE, FLORIDA. (Certificate of Trial Attorney-Category I). | | | mh | |
| 18 | 2 | ALL DEFTS: | NOTICE of cal call set for 11-7-86 @ 9:30 a.m. for trial period commencing 11-10-86. | | pb | |
| 22 | 3 | PEREIRA: | ARRAIGNMENT info sheet - subj app before LSS on 9-17-86 & entered plea of NG. Cnsl appt'd, Michael O'Kane. Bond con't at $150,000 C/S w/Nebbia & $50,000 P/S on 9-22-86 | | pb | |
| | 4 | GUTIERREZ: | ARRAIGNMENT Info sheet - deft app before LSS on 9-17-86. Cnsl appt'd, FPD. bond con't $150,000 C/S w/Nebbia & $50,000 P/S. on 9-22-86 | | pb | |
| | 5 | HERNANDEZ: | ARRIAGNMENT Info sheet - subj app before LSS on 9-17-86. Cnsl appt'd Stuart Adelstein, Esq. Pretrial detention 9-22-86 | | pb | |
| 24 | 6 | ALL DEFTS: | ORDER setting status conf for 10-17-86 @ 11 a.m. (LSS 9-22-86) | | pb | |
| | 7 | ALL DEFTS: | NOTICE to counsel | | pb | |
| | 8 | ALL DEFTS: | ORDER on filing speedy trial rpts. | | pb | |
| | 9 | ALL DEFTS: | STANDING Disc. Order. | | pb | |
| | 10 | ALL DEFTS: | PRE Trial Order | | pb | |
| 26 | 11 | PEREIRA: | MOTION to amend release order under 18 USC 3145(b) & memo | | pb | |
| 30 | 12 | ALL DEFTS: | GOVT'S RESPONSE to standing disc order | | pb | |
| Oct 10 | 13 | GUTIERREZ: | MOTION For reduciton of bond | | pb | |
| 17 | 14 | PEREIRA: | EMERGENCY application for writ of H/C | | pb | |
| *16 | 15 | PEREIRA: | ~~[redacted]~~ SEALED MOTION in vault | | pb | |
| 23 | 16 | GUTIERREZ: | MOITON For app't of Marine Mechanical expert. NR | | pb | |
| 31 | 17 | PEREIRA: | ORDER (JAG 10-31-86) sealed in vault. | | pb | |
| *27 | 18 | PEREIRA: | RECORD Of proceedings on bond hrg on 10-17-86. Deft rel on $25,000 10% cash surety & $50,000 P/S. Ct. revoked bond & bond to be reinstated upon lifing of an immigration hold. | | pb | |
| | 19 | GUTIERREZ: | ORDER (LSS 10-20-86) reducing bond to $150,000 P/S. Spec cond of rel: bond to be co-signed by deft's wife, mother-in-law & father-in-law. Father-in-law to cosign no later than 10-24-86. Deft to rpt to | | | |

CONTINUED TO PAGE

cont

# CRIMINAL DOCKET — U.S. District Court

| | | |
|---|---|---|
| PO ☐ | 113C 0 3C22 | |
| Misd. ☐ | Assigned / Disp./Sentence | |
| Felony ☒ | District / Off / Judge/Magistr. | |

WRIT ☐  JUVENILE ☐  ALIAS ☐  OFFENSE ON INDEX CARD ☐

U.S. vs. CAT. I. GUTIERREZ, JOSE ANTONIO

Date Filed: 9/17/86  
86-6208-CR-2 GONZALEZ  
No. of Def's: 3  
U.S. MAG CASE NO: 86-4316-LSS

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:955c | While on board a vessel, did conspire to possess w/intent to distribute a quantity controlled substance. (COCAINE-II). Ct. 1 | 1 |
| 21:955a(a) & 18:2 | Possession w/intent to distribute a quantity controlled substance while on board a vessel. (COCAIN-II). Ct. 2 | 1 |

SUPERSEDING COUNTS ☐  JURY ☐  N.J. ☐

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: arrest ☐, sum'ns ☐, custody ☐, appears on complaint ☐
- END ONE AND/OR BEGIN TWO — KEY DATE: 9/17/86 APPLICABLE — Indictment filed/unsealed ☒, consent to Magr. trial on complaint ☐, Information ☐, Felony W/waiver ☐
- KEY DATE / LATEST OF: 1st appears on pending charge /R40 ☐, Receive file R20/21 ☐, Supsdg: Ind ☐ Inf ☐, Order New trial ☐
- END INTERVAL TWO — KEY DATE / APPLICABLE: Dismissal ☐, Pled guilty ☐ After N.G., Nolo ☐ After nolo, Trial (voir dire) began ☐

1st appears with or waives counsel: _____  
ARRAIGNMENT: _____  
1st Trial Ended: _____  
RE-TRIAL: _____  
2nd Trial Began: _____  
DISPOSITION DATE: _____  
SENTENCE DATE: _____  
PTD ☐ Nolle ☐ Pros. ☐  
FINAL CHARGES DISMISSED: on S.T. ☐, grounds ☐ W.P. ☐ WOP ☐, on def motion ☐, on gov't motion ☐

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | INITIAL APPEARANCE DATE ▶ 9/8/86 | | LSS3CBC | ☐ DISMISSED |
| Summons Issued/Served | | | PRELIMINARY EXAMINATION or REMOVAL HEARING | Date Scheduled ▶ 9/17/86  Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | 9/8/86 | LSS3CBC | ☒ INTERVENING INDICTMENT | 86-140 | | |

Date of Arrest: 9/7/86  
OFFENSE (In Complaint): 21 U.S.C. Section 955a(a)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: 20 ☐ 21 ☐ 40 ☐ In ☐ Out ☐

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

STEPHEN A. LECLAIR

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

COUNSEL:  
FEDERAL PUBLIC DEFENDER  
301 N. Miami Ave.  
Miami, Fla. 33128  
(305)-536-6900

### BAIL • RELEASE

**PRE-INDICTMENT**

Release Date: _____  
Bail Denied ☐  Fugitive ☐  Pers. Rec. ☐  
AMOUNT SET: $150,000 P/S  ** PSA ☐  Conditions ☐  10% Dep. ☐  
10-20-86 Surety Bnd ☐  
Bail Not Made ☐  Collateral ☐  
Date Bond Made ☐  3rd Prty ☐  Other ☐

**POST-INDICTMENT**

Release Date: _____  
Bail Denied ☐  Fugitive ☐  Pers. Rec. ☐  PSA ☐  
AMOUNT SET: $ _____  
Date Set _____  Conditions: 10% Dep. ☐ Surety Bnd ☐  
Bail Not Made ☐  Collateral ☐  
Date Bond Made ☐  3rd Prty ☐  Other ☐

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO | | V. PROCEEDINGS | |
|---|---|---|---|
| 1986 9/8/86 | a | COMPLAINT Filed. Signed by George Rakowsky, DEA and LSS. | mh |
| 9/8/86 | b | ORDER AND ADVICE TO DEFENDANT AND COMMITMENT ORDER: (LSS-MAG-9/8/86) Deft. appeared for an Initial appearance. Court Appointed FPD., as counsel of record. Govt. moved for Pretrial Detention. Counsel for deft. requested five days. Pretrial Detention Hearing set for 9/12/86. | mh |
| 9/12/86 | c | RELEASE ORDER: (LSS-MAG-9/15/86) Govt.'s Motion for Pretrial Detention DENIED. Bond set in the amount of $150,000 Corporate Surety W/Nebbia and $50,000 personal Surety; Special Conditions; Bond to be co-signed by Wife, Report to Pretrial Services once a week in person and twice a week by telephone. All other standard conditions of bond. (SEE ORIGINAL FOR DETAILS). | mh |
| 1986 Oct 27 con't | ......... | PT svcs by phone 3x's a week. Spec cond are in addition to cond of release prev signed by deft EOD 11-4-86 | pb |
| | 20 | PEREIRA: ORDER (LSS 10-17-86) reducing bond to $50,000 P/S & $25,000 10% cash (money to be posted no later than 10-20-86). Spec cond: must reside w/ex-wife, ex-wife to co-sign; rpt by phone to PT svc once a week; maintain employment w/father. EOD 11-4-86 | pb |
| | 21 | PEREIRA: APPEARANCE BOND (see above) | pb |
| | 22 | PEREIRA: APPEARANCE BOND (see above) | pb |
| 28 | 23 | GUTIERREZ: NOTICE Of non-complaince w/cond of bond. | pb |
| 29 | 24 | HERNANDEZ: MOTION For con't. NR___ | pb |
| Nov 3 | 25 | HERNANDEZ: ORDER (JAG 10-31-86) M/to con't is GRANTED. Case is set for trial on 1-5-87. Call call will be held 12-29-86 @ 9:30 a.m. Period of delay frm 11-7-86 to 12-29-86 is excludable. EOD 11-10-86 | pb |
| 13 | 26 | GUTIERREZ: MINUTE ORDER tsfing deft to fug status. | pb |
| | 27 | PEREIRA: MINUTE ORDER tsfing deft to fug status. | pb |
| Dec 3 | 28 | PEREIRA: MOTION to w/draw as counsel by Michael J. O'Kane NR___ | pb |
| 17 | 29 | GUTIERREZ: BENCH WARRANT iss for arrest of deft for failure to report to PT Svcs as required on spec cond of bond. (LSS 12-9-86) | pb |
| | 30 | GUTIERREZ: APPEARANCE bond in the amt of $150,000 P/S (LSS 10-20-86) w/spec cond: wife & mother & father-in-law to co-sign; no later than 10-24-86 to rpt by phone to PT Svcs 3 times a week. | pb |
| 1987 Jan 5 | 31 | HERNANDEZ: MINUTES of 1-5-87 - begin jury trial. Subst of cnsl granted M/to con't trial granted til 1-12-87 Jury list attached | pb |

CONTINUED TO PAGE

# CRIMINAL DOCKET — U.S. District Court

**PO:** 113C — 0 — 3C22 (Assigned / Disp./Sentence)
**Misd.** ☐  **Felony** ☒  District  Off  Judge/Magistr.

☐ WRIT  ☐ JUVENILE  ☐ ALIAS  ▷ • OFFENSE ON INDEX CARD

**CAT. I.**

U.S. vs. **PEREIRIA, MARIO THOMAS** (LAST, FIRST, MIDDLE) — *Dismissed*

**Case Filed:** Mo. 9 Day 17 Yr. 86
**Docket No.:** 86-6208-CR-3 GONZALEZ
**No. of Def's:** 3
**U.S. MAG CASE NO.:** 86-4316-LSS

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21:955c | While on board a vessel, did conspire to possess w/intent to distribute a quantity controlled substance. (COCAINE-II). Ct. 1 | 1 |
| 21:955a(a) & 18:2 | Possession w/intent to distribute quantity controlled substance while on board a vessel. (COCAINE-II). Ct. 2 | 1 |

SUPERSEDING COUNTS — 4   ☐ JURY  ☐ N.J.

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE **9/17/86** APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver
- KEY DATE / LATEST OF: ☐ 1st appears on pending charge /R40 ☐ Receive file R20/21 ☐ Supsdg ☐ Ind ☐ Inf ☐ Order New trial
- END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal  Pled ☐ guilty (After N.G.) ☐ Nolo (After nolo) ☐ Trial (voir dire) began

1st appears with or waives counsel — ARRAIGNMENT — 1st Trial Ended — RE-TRIAL — 2nd Trial Began — DISPOSITION DATE **1/1/88** — SENTENCE DATE — ☐ PTD ☐ Nolle ☐ Pros.  FINAL CHARGES DISMISSED: ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP — on def motion / on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | INITIAL APPEARANCE DATE ▶ 9/8/86 | | LSS3CBC | ☐ DISMISSED |
| Summons Issued/Served | | | PRELIMINARY EXAMINATION — Date Scheduled ▶ 9/17/86 / Date Held ▶ | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| | | | ☐ REMOVAL HEARING | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | 9/8/86 | LSS3CBC | ☒ INTERVENING INDICTMENT | 86-140 | | |
| Date of Arrest 9/7/86 | OFFENSE (In Complaint): 21 U.S.C. Section 955a(a) | | | | | |

*Show last names and suffix numbers of other defendants on same indictment/information*

RULE: ☐ 20  ☐ 21  ☐ 40  ☐ In  ☐ Out

## IV. ATTORNEYS

**U.S. Attorney or Asst.:** STEPHEN A. LECLAIR

**Defense:** 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

**Defendant's Address:**
20219 SW 124th Ct.
Miami, FL 33177
238-8733

**COUNSEL:**
MICHAEL O'KANE, ESQ.
901 S.E. 17th St., Suite 208
Ft. Lauderdale, Fla. 33316
(305)-462-8808

### BAIL • RELEASE

**PRE INDICTMENT**
- Release Date:
- ☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.
- AMOUNT SET: $50,000 P/S ☐ *PSA ☐ Conditions
- $25,000 10% cash
- Date Set: 10-17-86  ☒ Surety Bnd
- ☐ Bail Not Made  ☐ Collateral
- Date Bond Made: 10-17-86  ☐ 3rd Prty  ☐ Other

**POST-INDICTMENT**
- Release Date:
- ☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.
- AMOUNT SET: $ ___  ☐ PSA
- Date Set: ___  ☐ Conditions ☐ 10% Dep. ☐ Surety Bnd
- ☐ Bail Not Made  ☐ Collateral
- Date Bond Made: ___  ☐ 3rd Prty  ☐ Other

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | | V. PROCEEDINGS | | |
|---|---|---|---|---|
| **1986** | | | | |
| 9/8/86 | a | COMPLAINT Filed. Signed by George Rakowsky, DEA and LSS. | | mh |
| 9/8/86 | b | ORDER AND ADVICE TO DEFENDANT AND COMMITMENT ORDER: (LSS-MAG-9/8/86) Deft. appeared for an Initial Appearance. Court appointed Michael O'Kane,Esq. Govt. moved for Pretrial Detention. Counsel for Deft. requested five days. Pretrial Detention Hearing set for 9/12/86. | | mh |
| 9/12/86 | c | RELEASE ORDER: (LSS-MAG-9/15/86) Govt. Motion for Pretrial Detention DENIED. Bond set in the amount of $150,000 Corporate Surety W/Nebbia and $50,000 personal Surety; Special Conditions; Bond to be co-signed by Father, Deft. to report to Pretrial Services once a week in person and twice a week by telephone. All Standard conditions of bond remain in full force and effect. (See Original for details) | | mh |
| **1987** | | | | |
| Jan 12 | 32 | HERNANDEZ: MINUTES of 1-12-87 - furth jury trial, day 2. various M/for aquittal - denied. Case con't for further delib to 1-13-87 | | pb |
| 13 | 33 | HERNANDEZ: MINUTES of 1-13-87 - furth jury delib. verdict of NG | | pb |
| | 34 | HERNANDEZ: MOTION/ORDER (JAG 1-2-87) for con't. Granted to 1-12-87. EOD 1-14-87 | | pb |
| | 35 | HERNANDEZ: STIPULATION as to chain of custody for exhibits | | pb |
| | 36 | HERNANDEZ: STIPULATION/ORDER (JAG 1-5-87) for subst of counsel EOD 1-14-87 | | pb |
| | 37 | HERNANDEZ: JURY instructions given to jury | | pb |
| | 38 | HERNANDEZ: VERDICT - Ct. One - not guilty; Ct 2 - not guilty | | pb |
| 14 | 39 | HERNANDEZ: TRANSCRIPT OF P-T Detention hearing 9/12/86 pg 1-94 | | |
| 20 | 40 | HERNANDEZ: J&C (JAG 1/13/87 dated 1/13/87 VERDICT OF NOT GUILTY | | |
| | 41 | PEREIRA, M: APPOINT. of Counsel Voucher 947636 (9/8/86 LSS) | | |
| 28 | 42 | PEREIRA, M: Appintment of Counsel Vo 947636 (JAG 1/26/87) for $1,709.75 TO pay Michael J. O'Kane | | |
| March 3 | 43 | HERNANDEZ, C: Appointment of Counsel voucher 947657 appoint Stuart Adelstein | | |
| 24 | 44 | HERNANDEZ, C: APPOINTMENT Of counsel (LSS 3/3/87) Stuart Adelstein, esq. Vo. #947657 to pay $852.00 (LSS 3/23/87) | | |
| Nov 13 | 45 | GUTIERREZ,JA: SEALED DOCUMENT | | |
| 13 | 46 | GUTIERREZ,JA: SEALED DOCUMENT | | |
| **1988** | | | | |
| Jan 07 | 47 | PEREIRA,M: RETURN of warrant for arrest exec 01/06/88 | | |
| 08 | 48 | PEREIRA,M: ORDER & ADVICE To Deft - On 01/06/88, deft arrested and appr on 01/08/88 before Judge Snow. Mike O'Kane appointed as counsel. | | |
| 11 | 49 | PEREIRA,M: CJA 20 (LSS-01/11/88) Appointment of & authority to pay appointed counsel (michael O'Kane, Esq.) | | |
| 13 | 50 | PEREIRA,M: MINUTE ORDER (DEP/CLK-01/13/88) deft has been returned to jurisdiction and case returned to active calendar. (EOD-01/19/88) | | |
| 13 | 51 | PEREIRA,M: NOTICE RE Trial comm 02/16/88, Ft. Lauderdale | | |
| 26 | 52 | PEREIRA: MOTION For transcripts by deft | NR | |
| Feb 09 | 53 | PEREIRA: ORDER (JAG-02/09/88) Ex-parte mot to employ marine surveyor or Naval Architect granted. Deft's req for for employment of surveyor granted. (EOD-02/09/88) | $500 | |

CONTINUED TO PAGE

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET  U.S. vs PEREIRA | | | | 86-6208-CR-JAG |
|---|---|---|---|---|
| AO 256A | | | | Yr. | Docket No. | Def. |

| DATE | | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|---|---|---|
| | | | | | (a) | (b) | (c) | (d) |
| **1988** | | | | | | | | |
| Feb | 12 | 54 | PEREIRA: | COURT Minutes re call call on 02/12/88 | | el | | |
| | 17 | 55 | PEREIRA: | ORDER (JAG-02/17/88) Joint mot for cont granted. Excludable time from 02/12/88 to 04/01/88. Trial comm 04/04/88. (EOD 02/19/88) | | el | | |
| | 15 | 56 | PEREIRA: | MOTION For continuance based on unavailability of counsel | | el | | |
| Apr | 11 | 57 | HERNANDEZ,C: | TRANSCRIPT OF JURY TRIAL On 01/12/87 before Judge Jose A. Gonzalez, Jr., Pages 1 thru 160, one vol. | | el | | |
| | 14 | 58 | GUTIERREZ: | NOTICE re status - failure to appr set for for 04/20/88 @ 9:30 AM | | el | | |
| | 15 | 59 | PEREIRA: | GOVT'S Suppl response to SDO | | el | | |
| | 19 | 60 | PEREIRA: | MOTION For Continuance by deft | NR | el | | |
| | 20 | 61 | PEREIRA: | EMERGENCY Motion for continuance | NR | el | | |
| | *19 | 62 | PEREIRA: | EMERGENCY Motion for continuance (same as above was filed under wrong case no.) | | el | | |
| | 21 | 63 | GUTIERREZ: | Minutes re bench warrant ised - stayed/24 hrs el | | | | |
| | 26 | 64 | PEREIRA: | ORDER (04/26/88) Motions to cont granted. Period of delay from 04/18/88 to 6/10/88 el | | | | |
| June | 24 | 65 | PEREIRA: | COURT MINUTES of cal call. Joint M/to con't GRANTED. Con't to 8-16-88 @ 9:30 a.m. | | | pb | |
| | 28 | 66 | PEREIRA: | ORDER (JAG 6-28-88) period of delay frm 6-24-88 to 8-16-88 due to granting of M/for con't is deemed excludable. EOD 6-28-88 | | | pb | |
| AUG | 16 | 67 | PEREIRA: MINUTES of 8-16-88. Hrging on G. Plea- plea not take cont. to 8-22-88 for trial. | | | | jl | |
| Sept | 15 | 68 | PEREIRA: | ORDER (JAG-09/15/88) Deft's mot to cont granted til 10/17/88. Period of delay from 08/22/88 thru 10/06/88. (EOD-09/21/88) | | el | | |
| Oct | 05 | 69 | PEREIRA: | MOTION for two week cont due to illness by USA | NR | el | | |
| | 06 | 70 | PEREIRA: | COURT Minutes of 10/06/88 re govt's mot to cont granted til 10/31/88 | | el | | |
| | 07 | 71 | PEREIRA: | ORDER (JAG-10/07/88)Govt's mot to cont granted. Period of delay from 10/05/88 to 10/27/88. (EOD-10/11/88) | | el | | |
| Nov | | 72 | PERIRA: | ORDER (JAG 11/01/88) For Dismissal pur to FRCRP dismissing indictment against deft, Mario Pereira. (EOD 11/07/88) | | el | | |
| **1989** | | | | | | | | |
| Jan | 31 | 73 | PEREIRA: | CJA 20 V-#1411319 (JAG 01/20/89) To pay Crt apt'd csl, Michael O'Kane, Esq. in amt of $781.85 (EOD-01/31/89) | | el | | |
| Sept | 27 | 74 | GUTIERREZ,J: | MOTION for revocation & estreature & for entry of app bond forfeiture jdmt, by govt. | | | sbg | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1989 | | | | | | |
| Oct 3 | 75 | GUTIERREZ, J: ORDER (JAG 10/3/89) revoking & estreating PSB in amt of $150,000. (EOD 10/4/89) | | | sbg | |
| 3 | 76 | GUTIERREZ, J: FINAL JUDGMENT (JAG 10/3/89) entered agst deft & sureties Hilda Cruz & Aida Cruz Gutierrez in amt of $150,000 w/int as forfeiture of PSB. (See file for details.) (EOD 10/4/89) | | | | |
| 8/30/02 | | DOCKET SHEET SCANNED AS D.E. 77 | | | | |