UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 86-CR-6208-JEG

UNITED STATES OF AMERICA

vs.

JOSE GUTIERREZ,

                    Defendant.
_____/

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the case against the above named defendant because insufficient evidence now exists to prove the charges filed. Due to the age of the case, witnesses needed to establish the Government's case-in-chief are no longer available.

*Thomas J. Mulvihill for*
ARIANA FAJARDO ORSHAN,
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: _

*Alicia O. Valle*
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:    U.S. Attorney (Jodi Anton, AUSA)
       U.S. Marshals Service